IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| V.I. DERIVATIVES, LLC, BY VIFX, LLC, Its TAX MATTERS PARTNER, by RICHARD G. VENTO, its TAX MATTERS PARTNER | : : : : : | CIVIL ACTION<br><br>NO. 06-04 |
| v. | : : | |
| DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE | : : | |
| VIFX, LLC, by RICHARD G. VENTO, its TAX MATTERS PARTNER | : : : | CIVIL ACTION<br><br>NO. 06-05 |
| v. | : : | |
| DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE | : : | |

## ORDER

AND NOW, this 30th day of September, 2022, it is hereby ORDERED that this Court's Order of September 29, 2022 is hereby AMENDED to delete the reference to Document No. 164 as corresponding to Respondent, Virgin Islands Bureau of Internal Revenue's Motion for Summary Judgment in Case No. 06-cv-0005, and to substitute Document No. 161 in its place. In all other respects, the September 29, 2022 Order remains unchanged and in full force and effect.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    J.